[No. 26382-0-I.   Division One.   September 9, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC
STEWART HALLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-05649-2, James J. Dore, J., entered June

29, 1990. *Affirmed in part* and *remanded* by unpublished per curiam opinion.